MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TERRY ALHASSAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02054-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

Plaintiff TERRY ALHASSAN and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 18th day of November, 2022.                    DATED this 18th day of November, 2022.

OLSON CANNON GORMLEY & STOBERSKI                          PECOS LAW GROUP

/s/ Michael A. Federico, Esq.                             /s/ Curtis Rawlings, Esq.
_____                           _____
MICHAEL A. FEDERICO, ESQ.                                 CURTIS RAWLINGS, ESQ.
Nevada Bar No. 005946                                     Nevada Bar No.: 006790
9950 West Cheyenne Avenue                                 8925 S. Pecos Rd., Ste. 14A
Las Vegas, Nevada 89129                                   Henderson, NV 89074
Attorneys for Defendant                                   Attorney for Plaintiff
*Costco Wholesale Corporation*                            *Terry Alhassan*

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 21, 2022

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendant
*Costco Wholesale Corporation*

2